# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Raymond Lemuel Cheadle, III              Docket No. 5:06-CR-127-1F

### Petition for Action on Supervised Release

COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raymond Lemuel Cheadle, III, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 9, 2007, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in such vocational training program as may be directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Raymond Lemuel Cheadle, III was released from custody on July 6, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has multiple sexually-related prior convictions and is currently on the North Carolina Sex Offender Registry. It is recommended that the court impose a special condition allowing mental health/sex offender treatment, evaluation testing, clinical polygraphs, and other

Raymond Lemuel Cheadle
Docket No. 5:06-CR-127-1F
Petition For Action
Page 2

assessment instruments. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Billy W. Boggs, Jr.<br>Billy W. Boggs, Jr.<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: July 18, 2012 |

## ORDER OF COURT

Considered and ordered this 19 day of July, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge